UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW(s)

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,
JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,
a/k/a/ "Smartmatic,"

    Defendants.
_____/

**JOINT NOTICE OF PROPOSED SCHEDULING ORDER**

On December 19, 2025, following a status conference, the Court set this case for trial during the two-week calendar beginning on January 11, 2027. The Court also scheduled a calendar call for January 5, 2027. (ECF No. 314). The parties conferred for the purpose of proposing a scheduling order related to pretrial deadlines to the Court. The chart below outlines proposed dates by the parties; whether the parties agree; and if the parties do not agree, a brief description of the position of the parties. Where the parties agree, the date is underlined. Where the parties disagree, the conflicting proposed dates are in **bold** type. For purposes of this Notice, "defense" includes Mr. Pinate, Mr. Vasquez, and SGO, who all agree regarding the proposed deadlines. Should the Court deem argument necessary on the points of disagreements, the parties propose a video status conference.

| Deadline | Proposed Dates | Defense Position | Government Position |
|---|---|---|---|
| Deadline for Motion for Rule 15 Depositions | Parties agree: <u>April 17, 2026</u><br><br>The parties may propose an alternate deadline depending on the outcome of any Motion for Bill of Particulars filed by SGO. | | |
| Deadline for Dispositive Motions | Parties agree: <u>May 27, 2026</u><br><br>Responses to all dispositive motions are to be filed within 21 days of the filing of the motion and replies are to be filed within 7 days of the filing of a response. | | |
| Deadline for Defendants' Expert Disclosure | Parties agree: <u>August 31, 2026</u> | | |
| Parties will make every effort to complete Rule 15 depositions | Defense proposal: **September 11, 2026**<br><br>Government proposal: **July 17, 2026** | The defense proposes a September 11, 2026, deadline, which falls four months before trial, aligning with the Court's prior scheduling orders, and gives the parties plenty of time to arrange travel and the complicated logistics of international depositions. | The Government proposes a July 17, 2026, deadline to avoid scheduling overseas depositions in August and early September. |

2

| Preliminary exhibit and witness list | Defense Proposal: **November 13, 2026, applying only to the Government**<br><br>Government Proposal: **November 13, 2026, applying to all parties** | The defense proposes that the Government alone be required to produce a preliminary exhibit and witness list two months before trial. Requiring the defense to make the same disclosure at the same time would reveal defense trial strategy and unfairly place a burden on the defense, where there is none. | The government proposes a November 13, 2026 deadline (60 days before trial) for all parties to exchange preliminary exhibit and witness lists, in keeping with the initial scheduling order, which required all parties to exchange preliminary exhibit and witness lists 35 days before trial, DE 72, and the second scheduling order, which required the government to exchange preliminary exhibit and witness lists 57 days before trial, with a defense deadline seven days later.  DE 251. |
| Disclosure of *Jencks* and *Giglio* materials | Defense Proposal: **November 13, 2026**<br><br>Government Proposal: **December 13, 2026** | The defense proposes a deadline that allows time to review the *Jencks* and *Giglio* material, and any grand jury materials the Court orders disclosed, further in advance of trial and the December holidays, to adequately prepare their defenses. | Both prior scheduling orders required Jencks and reverse Jencks 14 days before trial.  DE 72, 251.  The government is proposing a deadline nearly a month in advance of trial. |

3

| | | | |
|---|---|---|---|
| Deadline for Motions *in Limine* | Parties agree: November 23, 2026; opposition due December 7, 2026; replies due December 18, 2026 | | |
| Proposed *voir dire*, jury instructions, and verdict form | Parties agree: December 14, 2026 | | |
| **Defense Proposal:** Defendants' exhibit and witness list; United States' updated exhibit and witness list  **Government Proposal:** Updated exhibit and witness lists. | Parties agree: January 5, 2027*  *But see parties' positions. | The defense proposes a single deadline for *defense* exhibit and witness lists, should the defense be required to produce such lists where there is no burden on the defense. | The government proposes this deadline for all parties to exchange updated exhibit and witness lists, in keeping with both prior scheduling orders. DE 72, 251. |
| Trial | January 11, 2027 | | |

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: /s/ *Robert J. Emery*
Robert J. Emery
Assistant United States Attorney
Court No. A5501892
99 Northeast 4th Street
Miami, Florida 33132, 7th Floor
(305) 961-9421
(305) 536-7213 (fax)
Robert.Emery2@usdoj.gov

**LORINDA I. LARYEA**
**CHIEF, FRAUD SECTION**
Criminal Division
U.S. Department of Justice

By: /s/ *Connor Mullin*
Connor Mullin (A5503222)
Jil Simon (A5502756)
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 993-4828
Connor.Mullin2@usdoj.gov

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400

By:      /s/  *Curtis Miner*
Curtis Miner, Esq.
Florida Bar No. 885681
E-mail: curt@colson.com
Thomas A. Kroeger, Esq.
Florida Bar No. 19303
E-mail: tom@colson.com

**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel: 202-739-5932
Sandra L. Moser, Esq. (*pro hac vice*)
E-mail: Sandra.moser@morganlewis.com
Justin D. Weitz, Esq. (*pro hac vice*)
E-mail: Justin.weitz@morganlewis.com

*Counsel for Defendant Roger Alejandro Piñate Martinez*

5

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

*By: /s/ Lauren Field Krasnoff*
Lauren Field Krasnoff
Florida Bar Number 0086951
lkrasnoff@markuslaw.com

*Counsel for Defendant Jorge Vasquez*

**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9420 (Telephone)

*By: /s/ Kristine McAlister Brown*
Jenny Kramer, Esq. (pro hac vice)
Email: Jenny.Kramer@alston.com

Kristine McAlister Brown, Esq.
Florida Bar No. 0433640
Email: kristy.brown@alston.com
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (Telephone)

*Counsel for SGO Corporation Limited*

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on January 28, 2026.

/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff